No. 751. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GONZÁLEZ, DEFENDANT AND APPELLANT.—Offense against Election Law. Ponce. April 5, 1915. *Judgment affirmed.*

No. 769. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PILLOT, DEFENDANT AND APPELLANT.—Violation of section 162 of the Penal Code. Guayama. April 5, 1915. *Judgment reversed.* Defendant acquitted in accordance with the doctrine laid down in the cases of *The People* v. *Gallardo, The People* v. *Rivera, The People* v. *González, The People* v. *Dones,* and *The People* v. *García,* decided March 8, 1915.

No. 792, THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GINES ET AL., DEFENDANTS AND APPELLANTS.—
No. 794. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GINES ET AL., DEFENDANTS AND APPELLANTS.—
Violations of the law regulating employment of women and children as laborers. Arecibo. April 9, 1915. *Judgments affirmed.*

No. 837. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RIVERA, DEFENDANT AND APPELLANT.—Incest. Ponce. April 19, 1915. *Appeal withdrawn.*

No. 1318. ROURA, PLAINTIFF AND RESPONDENT, *v.* CRUZ ET AL., DEFENDANTS AND APPELLANTS.—Damages. Ponce. April 20, 1915. *Appeal dismissed.*

No. 1317. MARTÍNEZ, PLAINTIFF AND RESPONDENT, *v.* ARRUFAT ET AL., DEFENDANTS AND APPELLANTS.—Action of debt. Humacao. April 20, 1915. *Appeal dismissed.*

No. 819. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SANTIAGO, DEFENDANT AND APPELLANT.—Breach of peace. San Juan, Section 2. April 23, 1915. *Judgment affirmed.*